UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROKER GENIUS INC., d/b/a/ AUTOMATIQ, and SHMUEL "SAM" SHERMAN,

                Plaintiffs,

-against-

SPOTLIGHT TICKET MANAGEMENT, INC.,

                Defendant.

Case No. 1:25-mc-00519 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On November 14, 2025, Plaintiffs filed a motion for a pre-motion conference to quash in connection with subpoenas Defendant issued to Plaintiffs. Dkt. 1. On November 19, 2025, Defendant filed its response. Dkt. 6. Given the Court's closure on November 21, 2025, the Court will hold a virtual conference on this matter on **November 24, 2025, at 10:00 a.m.** via Teams video conference. Counsel will receive login credentials at the email addresses on the docket. The public list-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 134 438 029#.

Dated: November 20, 2025
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge